## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### Bid Protest

| | |
|---|---|
| INSERSO CORPORATION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>*Defendant*. )<br>) | No. 23-1140C<br>Judge Bruggink |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINSTRATIVE RECORD**

Pursuant to Rules 7 and 52.1 of the Rules of the United States Court of Federal Claims, Plaintiff Inserso Corporation, by and through counsel, hereby respectfully moves for Judgment on the Administrative Record and requests that the Court grant the appropriate relief, including a declaratory judgment and a permanent injunction. This motion is supported by the concurrently filed Memorandum In Support Of Plaintiff's Motion For Judgment On The Administrative Record.

          Respectfully submitted,

          s/Richard P. Rector
          Richard P. Rector
          DLA Piper LLP (US)
          500 Eighth Street, NW
          Washington, DC 20004
          Tel: (202) 799-4400
          E-mail: richard.rector@us.dlapiper.com
          *Counsel for Inserso Corporation*

Of Counsel:
Thomas E. Daley
David R. Lacker
DLA Piper LLP (US)

Dated: August 25, 2023

## **CERTIFICATE OF FILING**

I hereby certify that on August 25, 2023, a copy of the foregoing was filed using the Court's Electronic Filing system.  I understand that notice of this filing will be served on the counsel to the parties to this case via the Court's ECF system.

s/Richard P. Rector
Richard P. Rector
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4400 (phone)
(202) 799-5400 (fax)
richard.rector@dlapiper.com

*Counsel for Inserso Corporation*
