# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | |
|---|---|
| INSERSO CORPORATION, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No. 23-1140C ) Judge Bruggink |
| UNITED STATES, | ) ) ) |
| *Defendant.* | ) ) |

## **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rules 7 and 41(a)(2) of the Rules of the United States Court of Federal Claims, Plaintiff Inserso Corporation ("Inserso"), by and through counsel, hereby respectfully moves for voluntary dismissal without prejudice.

On July 24, 2023, Inserso filed its Complaint (ECF No. 1) in the above-captioned protest, in which Inserso alleged that the National Institutes of Health, Acquisition and Assessment Center ("NIH" or the "Agency"), improperly reduced the scores assigned to Inserso's proposal under Solicitation No. 75N98121R00001 (the "Solicitation") in a manner that resulted in Inserso not advancing to Phase II of the competition. Inserso's Complaint requested that the Court issue a permanent injunction (i) enjoining NIH from proceeding with the procurement based on Inserso's erroneously awarded Phase I scores; and (ii) requiring NIH to reevaluate Inserso's proposal in accordance with the Solicitation and applicable law.

On September 15, 2023, counsel for the Department of Justice ("DOJ") informed counsel for Inserso that NIH was taking corrective action in response to Inserso's protest. According to DOJ counsel, NIH will reevaluate Inserso's Phase I proposal and consider the AFCEC ITSS contract without limiting its dollar value to only those orders performed between May 25, 2018

and May 25, 2021.  The reevaluation will include Inserso's proposal, the proposal submitted by a joint venture that Inserso was a member of that also used the AFEC ITSS contract as an experience example, and any other offerors that included requirements contracts in their Phase I proposals. After the reevaluation is complete, NIH will make a new determination as to which offerors should advance to Phase II of the competition.  Additionally, the Notice of Corrective Action (ECF No. 20) states that NIH "anticipates commencing corrective action with respect to Inserso on September 15, 2023."

      The Agency's corrective action appears to moot Inserso's protest, as NIH has represented that it will reevaluate Inserso's proposal in accordance with the interpretation set forth in Inserso's Complaint and Memorandum in Support of its Motion for Judgement on the Administrative Record (ECF No. 16) and make a new determination as to which offerors will advance to Phase II.  Accordingly, Inserso requests that the Court dismiss Inserso's protest without prejudice. Inserso respectfully reserves the right to challenge the Agency's corrective action in the event that it is conducted in a manner that is arbitrary, capricious, contrary to law or the terms of the Solicitation, or amounts to abuse of discretion.

      Respectfully submitted,

      s/Richard P. Rector
      Richard P. Rector
      DLA Piper LLP (US)
      500 Eighth Street, NW
      Washington, DC 20004
      Tel: (202) 799-4400
      E-mail: richard.rector@us.dlapiper.com
      *Counsel for Inserso Corporation*

Of Counsel:
Thomas E. Daley
David R. Lacker
DLA Piper LLP (US)
Dated: September 19, 2023

**CERTIFICATE OF FILING**

     I hereby certify that on September 19, 2023, a copy of the foregoing was filed using the Court's Electronic Filing system. I understand that notice of this filing will be served on the counsel to the parties to this case via the Court's ECF system.

                                               s/Richard P. Rector
                                               Richard P. Rector
                                               DLA Piper LLP
                                               500 Eighth Street, NW
                                               Washington, DC 20004
                                               (202) 799-4400 (phone)
                                               (202) 799-5400 (fax)
                                               richard.rector@dlapiper.com

                                               *Counsel for Inserso Corporation*