# In the United States Court of Federal Claims

No. 23-1140C
(Filed: September 20, 2023)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INSERSO CORPORATION,

   *Plaintiff*,

v.

THE UNITED STATES,

   *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On September 15, 2023, defendant filed a notice of corrective action. Subsequently, on September 19, 2023, plaintiff filed a motion for voluntary dismissal under Court of Federal Claims Rule 41(a)(2). The government does not oppose this motion. Accordingly, the following is ordered:

1. Plaintiff's motion for voluntary dismissal, ECF No. 22, is granted.

2. The pending motion for judgment on the administrative record, ECF No. 15, and motion to supplement, ECF No. 17, are denied as moot.

3. The Clerk of Court is directed to dismiss the complaint without prejudice and to enter final judgment accordingly.

                                          s/Eric G. Bruggink
                                          ERIC G. BRUGGINK
                                          Senior Judge